# EXHIBIT A

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION

**WASHINGTON, D.C. 20549**

# FORM 10-K

☒      **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15 (d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the year ended December 31, 2019

or

☐      **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15 (d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number 001-16131**

# WORLD WRESTLING ENTERTAINMENT, INC.

*(Exact name of Registrant as specified in its charter)*

**Delaware**             **04-2693383**

*(State or other jurisdiction of incorporation or organization)*      *(I.R.S. Employer Identification No.)*

**1241 East Main Street**
**Stamford, CT 06902**
**(203) 352-8600**

*(Address, including zip code, and telephone number, including area code,*
*of Registrant's principal executive offices)*

**SECURITIES REGISTERED PURSUANT TO SECTION 12(b) OF THE ACT**

| *Title of each class* | *Trading Symbol(s)* | *Name of each exchange on which registered* |
|---|---|---|
| Class A Common Stock, par value $0.01 per share | WWE | New York Stock Exchange |

**SECURITIES REGISTERED PURSUANT TO SECTION 12(g) OF THE ACT**

**None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15 (d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or emerging growth company. See definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act. (Check one):

Large Accelerated Filer ☒     Accelerated Filer ☐     Non-Accelerated Filer ☐     Smaller Reporting Company ☐     Emerging Growth Company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

Aggregate market value of the common stock held by non-affiliates of the Registrant at June 30, 2019 using our closing price on June 30, 2019 was $3,121,938,621.

As of February 4, 2020, the number of shares outstanding of the Registrant's Class A common stock, par value $0.01 per share, was 46,211,631 and the number of shares outstanding of the Registrant's Class B common stock, par value $0.01 per share, was 31,099,011 shares.

<u>DOCUMENTS INCORPORATED BY REFERENCE</u>

Portions of the Registrant's definitive proxy statement for the 2020 Annual Meeting of Stockholders are incorporated by reference in Part III of this Form 10-K.

# EXHIBIT B



Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Profit Corporation
EVOLVE WRESTLING, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P18000086421 |
| **FEI/EIN Number** | 83-2211919 |
| **Date Filed** | 10/16/2018 |
| **Effective Date** | 10/16/2018 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | VOLUNTARY DISSOLUTION |
| **Event Date Filed** | 10/12/2020 |
| **Event Effective Date** | NONE |

**Principal Address**

1050 STARKEY ROAD
105
LARGO, FL 33771

Changed: 02/19/2020

**Mailing Address**

PO Box 1715
Largo, FL 33779

Changed: 04/27/2019

**Registered Agent Name & Address**

HUETT, CATHERINE
7383 MONTEREY BLVD
TAMPA, FL 33625

**Officer/Director Detail**

**Name & Address**

Title P

HAMAOUI, SALEM I
1903 DEBORAH AVE
LARGO, FL 33770

Title VP

SAPLOSKY, GABRIEL
339 CLARK ROAD
BROOKLINE, MA 02445

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2019 | 04/27/2019 |
| 2020 | 06/19/2020 |

**Document Images**

| | |
|---|---|
| 06/19/2020 -- ANNUAL REPORT | View image in PDF format |
| 04/27/2019 -- ANNUAL REPORT | View image in PDF format |
| 10/16/2018 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations

# EXHIBIT C



| Case Information Summary for Case Number |
|---|
| 2020-L-010738 |

Filing Date: 10/08/2020

Division: Law Division

Ad Damnum: $10000000.00

Case Type: OTHER PERSONAL INJURY

District: First Municipal

Calendar: F

### Party Information

**Plaintiff(s)**

TAVEL, A/K/A CANDY CARTWR

**Attorney(s)**

HALE & MONICO

53 W JACKSON #330
CHICAGO IL, 60604
(312) 870-6926

**Defendant(s)**

EVOLVE WRESTLING, INC.

RIDDLE MATT

SAPOLSKY GABE

WORLD WRESTLING ENTERTAIN

**Defendant Date of Service**

**Attorney(s)**

### Case Activity

Activity Date: 10/08/2020

Participant: TAVEL, A/K/A CANDY CARTWR

OTHER PERSONAL INJURY COMPLAINT FILED (JURY DEMAND)

Court Fee: 600.50

Attorney: HALE & MONICO

Activity Date: 10/09/2020

Participant: TAVEL, A/K/A CANDY CARTWR

SUMMONS ISSUED AND RETURNABLE

Attorney: HALE & MONICO

Activity Date: 10/09/2020

Participant: TAVEL, A/K/A CANDY CARTWR

SUMMONS ISSUED AND RETURNABLE

Attorney: HALE & MONICO

Activity Date: 10/09/2020       Participant: TAVEL, A/K/A CANDY CARTWR

SUMMONS ISSUED AND RETURNABLE

Attorney: HALE & MONICO

Activity Date: 10/09/2020       Participant: TAVEL, A/K/A CANDY CARTWR

SUMMONS ISSUED AND RETURNABLE

Attorney: HALE & MONICO

<u>Back to Top</u>

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.



FILED
10/8/2020 11:53 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L010738

FILED DATE: 10/8/2020 11:53 AM  2020L010738

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

SAMANTHA TAVEL A/K/A CANDY
CARTWRIGHT,

                                  Plaintiffs,

     v.                                          Case No.

MATT RIDDLE; WORLD WRESTLING
ENTERTAINMENT INC.,; EVOLVE
WRESTLING, INC., AND GABE
SAPOLSKY

                                  Defendants.

## COMPLAINT AT LAW

NOW COMES the plaintiff, Samantha Tavel a/k/a Candy Cartwright, by and through her attorneys Hale & Monico, and for her Complaint at Law against Defendants, Matt Riddle, World Wrestling Entertainment Inc., (hereinafter referred to as "WWE"), Evolve Wrestling Inc.,(hereinafter referred to as "Evolve") and Gabe Sapolsky, states as follows:

## PARTIES

1. On before, and after, May 19, 2018, defendant, World Wrestling Entertainment, Inc., (hereinafter referred to as "WWE"), was a media and entertainment company incorporated in the State of Delaware.

2. On before, and after, May 19, 2018, defendant, WWE, was a corporation qualified to do business as a corporation in the State of Illinois and is presently active with the Illinois Secretary of State Corporation Division.

1

FILED DATE: 10/8/2020 11:53 AM   2020L010738

3.  On before, and after, May 19, 2018, defendant WWE was primarily known for professional wrestling.

4.  On before, and after May 19, 2018, defendant WWE conducted business in the State of Illinois and Cook County, Illinois.

5.  On before, and after May 19, 2018, defendant WWE was actively involved in the conduct of business of Evolve.

6.  On before, and after May 19, 2018, defendant WWE and its representatives acted as agents of defendant Evolve.

7.  On before, and after May 19, 2018, defendant WWE had control of the events conducted by defendant, Evolve.

8.  On before, and after May 19, 2018, defendant WWE provided rules for which defendant, Evolve's, agents had to comply with.

9.  On before, and after May 19, 2018, defendant Evolve Wrestling Inc. was a Florida Corporation.

10. On before, and after May 19, 2020, defendant Gabe Sapolsky was a co-founder of Evolve.

11. On before, and after May 19, 2020, defendant Gabe Sapolsky was enacting rules for the professional wrestlers at Evolve at the direction of the WWE and Vince McMahon.

12. On before, and after May 29, 2018, defendant Gabe Sapolsky was acting as an agent and/or employee of the WWE.

13. On before, and after May 29, 2018, defendant Gabe Sapolsky was acting as an agent and/or employee of Evolve.

14. On before, and after May 19, 2018, defendant Matt Riddle was a professional wrestler employed by defendants, WWE and Evolve.

FILED DATE: 10/8/2020 11:53 AM    2020L010738

15. At all times relevant, defendant Matt Riddle was acting as an agent and/or employee of the WWE and Evolve.

## BACKGROUND

16. WWE and Evolve host events for professional wrestling.  Historically, professional wrestling has been a male dominated sport.  In recent years, females have begun to perform for WWE and Evolve.

17. Female performers perform in lingerie, and are held to different beauty standards than male performers. Female performers also make less money than male performers and experience more hurdles in their career advancement.

18. The culture of professional wrestling is dangerous for women.  The culture, created by WWE and Evolve, hypersexualizes female performers and profits from male aggression. In the past six months there have been multitudes of allegations of sexual assault perpetrated on female performers by male performers that WWE and Evolve allowed and tacitly encouraged.

19. Plaintiff Samantha Tavel was one such victim of instances of sexual assault by male performer Matt Riddle.

## FACTS

20. On before, and after May 19, 2018, Plaintiff, Samantha Tavel a/k/a Candy Cartwright, was an independent contractor performing work as a professional wrestler and social media ambassador for Evolve.

21. In April of 2017, defendant, Matt Riddle, began sexually assaulting Plaintiff by forcing himself on her and penetrating her with his penis while in a vehicle in the parking lot after a wrestling event promoted by Evolve.

FILED DATE: 10/8/2020 11:53 AM 2020L010738

22. Defendant Matt Riddle then bragged to other employees of Evolve, including defendant, Gabe Sapolsky, that he forced himself on the Plaintiff and sexually assaulted her, and this was done without her consent.

23. Matt Riddle experienced no adverse employment action or discipline from Gabe Sapolsky, Evolve, or the WWE even though he had committed acts of sexual assault without Plaintiff's consent.

24. Gabe Sapolsky, Evolve and WWE tacitly approved of Matt Riddle's sexual violence towards the Plaintiff.

25. Defendants' tacit approval of this conduct by Matt Riddle, combined with the toxic misogynistic culture created by Defendants, allowed, encouraged and aided Matt Riddle to continue this behavior towards the Plaintiff.

26. On or about May 19, 2018, defendant, Evolve, hosted a professional wrestling event in Summit, Illinois, Cook County.

27. On or about May 19, 2018, after the Evolve event, defendant, Matt Riddle, forced the Plaintiff to perform oral sex on him by choking the plaintiff, in front of other members of Evolve while on a bus leaving the event in Summit, Illinois.

28. Upon information and belief, defendant, WWE, has a history of condoning sexual assault.

29. Upon information and belief, defendant, WWE, has condoned sexual assault in the workplace for over 30 years.

30. Defendant, Matt Riddle, Individually, and acting as an agent and/or employee of the WWE and Evolve continued to force the Plaintiff to perform sexual acts on him under the threat that if the Plaintiff did not, she would not be booked for any further shows.

31. On or about January 31, 2020, Plaintiff had bookings with the WWE and Evolve.

FILED DATE: 10/8/2020 11:53 AM    2020L010738

32. At the aforementioned time and date, Plaintiff refused to continue to be forced to perform sexual acts on defendant, Matt Riddle.

33. On the aforementioned time and date, Plaintiff was told her future bookings with the WWE and Evolve were terminated due to "issues with the talent."

34. Upon information and belief, defendant, Matt Riddle, had informed the WWE and Evolve that he did not want her working with the WWE and Evolve due to Plaintiff no longer performing forced sexual acts on him.  Meanwhile, Matt Riddle continued to perform for the WWE and Evolve, to this date.

35. Defendants WWE, Evolve, and Gabe Sapolsky, continued to tacitly approved of defendant, Matt Riddles' conduct, and assisted and encouraged his behavior by removing the Plaintiff from future bookings with the WWE and Evolve.

### COUNT I -*Gender Violence Act*- Matt Riddle

1-35.  Plaintiff realleges and adopts paragraphs one through thirty-five (1-35) of this complaint at law as though fully stated and pled herein.

36.  On before and after May 19, 2018, defendant, Matt Riddle had a duty of ordinary care so as to avoid causing injury and/or harmful or offensive contact to the plaintiff, Samantha Tavel, including acts of gender violence.

37. On before, and after the aforementioned date, defendant, Matt Riddle, had duty to refrain from tortious conduct against the Plaintiff.

38. Pursuant to 740 ILCS 82/5, defendant, Matt Riddle had a duty to refrain from committing acts of gender violence.

39. In violation of the aforementioned duties, the defendant, Matt Riddle, perpetrated gender violence against the Plaintiff in one or more of the following ways:

FILED DATE: 10/8/2020 11:53 AM   2020L010738

      a. Forcefully penetrated the Plaintiff with his penis without her consent;

      b. Forced the plaintiff to perform sexual acts on him with threats and physical harm; and

      c. Forced the plaintiff to perform sexual acts on him with the threat of her losing her job.

40. As a proximate result of the foregoing acts or omissions, the Plaintiff was sexually assaulted and suffered physical and emotional injuries.

WHEREFORE, plaintiff, Samantha Tavel demands judgment against Defendant, Matt Riddle, for an amount in excess of $10,000,000.00 including but not limited to actual damages, damages for emotional distress, punitive damages, attorney's fees and costs.

## COUNT II- *Gender Violence Act*- World Wrestling Entertainment Inc.

1-35. Plaintiff realleges and adopts paragraphs one through thirty-five (1-35) of this complaint at law as though fully stated and pled herein.

36. On and before the aforementioned dates, the Defendant WWE had a duty of ordinary care so as to avoid causing injury and/or harmful or offensive contact to the plaintiff, Samantha Tavel, including acts of gender violence.

37. On and before the aforementioned dates, the Defendant WWE had a duty to refrain from assisting and encouraging tortious conduct of the assailant, Matt Riddle, against the Plaintiff.

38. Pursuant to 740 ILCS 82/5, Defendant WWE had a duty to refrain from encouraging or assisting acts of gender violence.

39. In violation of the aforementioned duties, the Defendant WWE by and through its agents and/or employees perpetrated gender violence against the Plaintiff by encouraging or assisting in gender violence in one or more of the following ways:

FILED DATE: 10/8/2020 11:53 AM    2020L010738

a. Allowed, encouraged or permitted the defendant, Matt Riddle, to commit gender violence acts against the Plaintiff;

b. Knew or should have known that the defendant, Matt Riddle, had a propensity to commit such acts;

c. Knew or should have known that Gabe Sapolsky, knew, and encouraged these sexual acts committed by Matt Riddle; and

d. Created an atmosphere of toxic misogyny that encourages gender violence.

40. As a proximate result of the foregoing acts or omissions, the Plaintiff was sexually assaulted and suffered physical and emotional injuries.

WHEREFORE, plaintiff, Samantha Tavel, demands judgment against Defendant, WWE, for an amount in excess of $10,000,000.00 including but not limited to actual damages, damages for emotional distress, punitive damages, attorney's fees and costs.

## COUNT III – *Gender Violence Act*- Evolve Wrestling, Inc.

1-35. Plaintiff realleges and adopts paragraphs one through thirty-five (1-35) of this complaint at law as though fully stated and pled herein.

36. On and before the aforementioned dates, the Defendant Evolve had a duty of ordinary care so as to avoid causing injury and/or harmful or offensive contact to the plaintiff, Samantha Tavel, including acts of gender violence.

37. On and before the aforementioned dates, the Defendant Evolve had a duty to refrain from assisting and encouraging tortious conduct of the assailant, Matt Riddle, against the Plaintiff.

38. Pursuant to 740 ILCS 82/5, Defendant Evolve had a duty to refrain from encouraging or assisting acts of gender violence.

FILED DATE: 10/8/2020 11:53 AM 2020L010738

39. In violation of the aforementioned duties, the Defendant Evolve and through its agents and/or employees perpetrated gender violence against the Plaintiff by encouraging or assisting in gender violence in one or more of the following ways:

> a. Allowed, encouraged or permitted the defendant, Matt Riddle, to commit gender violence acts against the Plaintiff;
> b. Knew or should have known that the defendant, Matt Riddle, had a propensity to commit such acts;
> c. Knew or should have known that Gabe Sapolsky encouraged these sexual acts;

d. Created an atmosphere of toxic misogyny that encourages gender violence.

40. As a proximate result of the foregoing acts or omissions, the Plaintiff was sexually assaulted and suffered physical and emotional injuries.

WHEREFORE, plaintiff, Samantha Tavel, demands judgment against Defendant, Evolve, for an amount in excess of $10,000,000.00 including but not limited to actual damages, damages for emotional distress, punitive damages, attorney's fees and costs.

## COUNT IV- *Gender Violence Act*- Gabe Sapolsky

1-35.  Plaintiff realleges and adopts paragraphs one through thirty-five (1-35) of this complaint at law as though fully stated and pled herein.

36. On and before the aforementioned dates, the Defendant Gabe Sapolsky had a duty of ordinary care so as to avoid causing injury and/or harmful or offensive contact to the plaintiff, Samantha Tavel, including acts of gender violence.

37. On and before the aforementioned dates, the Defendant Gabe Sapolsky had a duty to refrain from assisting and encouraging tortious conduct of the assailant, Matt Riddle, against the Plaintiff.

38. Pursuant to 740 ILCS 82/5, Defendant Gabe Sapolsky had a duty to refrain from encouraging or assisting acts of gender violence.

39. In violation of the aforementioned duties, the Defendant Gabe Sapolsky by and through its agents and/or employees perpetrated gender violence against the Plaintiff by encouraging or assisting in gender violence in one or more of the following ways:

> a. Allowed, encouraged or permitted the defendant, Matt Riddle to commit gender violence acts against the Plaintiff;
> b. Knew or should have known that the defendant, Matt Riddle had a propensity to commit such acts; and
> d. Created an atmosphere of toxic misogyny that encourages gender violence.

40. As a proximate result of the foregoing acts or omissions, the Plaintiff was sexually assaulted and suffered physical and emotional injuries.

WHEREFORE, plaintiff, Samantha Tavel, demands judgment against Defendant, Gabe Sapolsky, for an amount in excess of $10,000,000.00 including but not limited to actual damages, damages for emotional distress, punitive damages, attorney's fees and costs.

Respectfully submitted,

_____
**John Chwarzynski, Jr.**

**Attorney #63360**
jwc@halemonico.com
**HALE & MONICO**
**53 West Jackson**
**Suite 337**
**Chicago, Illinois 60604**
**312-870-6923**

9

FILED DATE: 10/8/2020 11:53 AM    2020L010738

# EXHIBIT D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SAMANTHA TAVEL A/K/A CANDY
CARTWRIGHT,

          Plaintiff,

v.

MATT RIDDLE, WORLD WRESTLING
ENTERTAINMENT, INC., EVOLVE
WRESTLING, INC., AND GABE
SAPOLSKY,

          Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:

## CONSENT TO REMOVAL

Defendant Matt Riddle hereby consents to the removal of the above-captioned action from the Circuit Court of Cook County to the U.S. District Court for the Northern District of Illinois without waiving any right, defense, affirmative defense, or motion.

Dated: October 30, 2020

          Respectfully submitted,

          Matt Riddle

# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SAMANTHA TAVEL A/K/A CANDY CARTWRIGHT, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| MATT RIDDLE, WORLD WRESTLING ENTERTAINMENT, INC., EVOLVE WRESTLING, INC., AND GABE SAPOLSKY, | : |
| | : |
| Defendants. | : |

## <u>CONSENT TO REMOVAL</u>

Defendant Evolve Wrestling, Inc., by its undersigned authorized representative, hereby consents to the removal of the above-captioned action from the Circuit Court of Cook County to the U.S. District Court for the Northern District of Illinois without waiving any right, defense, affirmative defense, or motion.

Dated:  October 30, 2020                    Respectfully submitted,


                                            Salem I. Hamaoui,
                                            President

# EXHIBIT F

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


SAMANTHA TAVEL A/K/A CANDY     :
CARTWRIGHT,     :
     :
     Plaintiff,     :
     :
v.     :
     :
MATT RIDDLE, WORLD WRESTLING     :
ENTERTAINMENT, INC., EVOLVE     :
WRESTLING, INC., AND GABE     :
SAPOLSKY,     :
     :
     Defendants.     :


## CONSENT TO REMOVAL

Defendant Gabe Sapolsky hereby consents to the removal of the above-captioned action from the Circuit Court of Cook County to the U.S. District Court for the Northern District of Illinois without waiving any right, defense, affirmative defense, or motion.


Dated:  October 30, 2020          Respectfully submitted,


_____
Gabe Sapolsky