IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SAMANTHA TAVEL A/K/A CANDY CARTWRIGHT, | : : : | |
| Plaintiff, | : : | Case No. 1:20-cv-06805 |
| v. | : : | |
| MATT RIDDLE, WORLD WRESTLING ENTERTAINMENT, INC., EVOLVE WRESTLING, INC., AND GABE SAPOLSKY, | : : : : : | Honorable Manish S. Shah |
| Defendants. | : : | |

**DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.'S
<u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges to evaluate a possible disqualification or recusal, the undersigned attorneys for World Wrestling Entertainment, Inc. ("WWE") in the above-captioned action state that WWE is a publicly-traded corporation and that WWE has no parent corporations and has no publicly held companies owning ten percent or more of WWE stock.

Dated: November 23, 2020

Respectfully submitted,

*/s/ Desiree F. Moore*
Desiree F. Moore (Illinois Bar No. 6286198)
Marvis A. Barnes (Illinois Bar No. 6317500)
K&L GATES LLP
70 W. Madison Street.
Suite 3100
Chicago, IL 60602
Phone: 312.781.6028

1

desiree.moore@klgates.com
marvis.barnes@klgates.com


Jerry S. McDevitt (*pro hac vice* forthcoming)
Curtis B. Krasik (*pro hac vice* forthcoming)
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: 412.355.6500
jerry.mcdevitt@klgates.com
curtis.krasik@klgates.com

***Attorneys for Defendant World Wrestling Entertainment, Inc.***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 23, 2020, the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF System, which will send an electronic copy of the foregoing to all counsel who have appeared in this Court, in accordance with Local Rule 5.9 of the Northern District of Illinois, and the foregoing will be sent by e-mail and U.S. Mail, postage prepaid, to:

> John Chwarzynski, Jr.
> HALE & MONICO
> 53 West Jackson
> Suite 337
> Chicago, Illinois 60604
> jwc@halemonico.com

*/s/ Desiree F. Moore*
Desiree F. Moore