# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SAMANTHA TAVEL A/K/A CANDY CARTWRIGHT, | : | |
| Plaintiff, | : | Case No. 1:20-cv-06805 |
| v. | : | |
| MATT RIDDLE, WORLD WRESTLING ENTERTAINMENT, INC., EVOLVE WRESTLING, INC., AND GABE SAPOLSKY, | : | |
| Defendants. | : | |

**DECLARATION OF MARK CARRANO**

I, Mark Carrano, do hereby declare and state as follows:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I have personal knowledge of the matters set forth herein or, where indicated, have reviewed WWE corporate records, and am competent to testify thereto.

3. Since in or around February 2015, I have been employed as the Vice President, Talent Relations of World Wrestling Entertainment, Inc. ("WWE"). In that capacity, I am generally responsible for managing and overseeing WWE's talent or wrestlers.

4. I have reviewed the Complaint filed in the above-captioned action and, therefore, am familiar with the allegations asserted therein. I submit this Declaration in support of WWE's Motion to Dismiss.

5. Matt Riddle is a talent currently under contract to WWE.

6. Mr. Riddle first entered into a contract with WWE as of August 8, 2018. Relevant excerpts of Mr. Riddle's first contract with WWE is attached as Exhibit 1. Prior to August 8, 2018, WWE had no relationship with Mr. Riddle whatsoever.

7. After entering into his first contract with WWE as of August 8, 2018, Mr. Riddle subsequently entered into other contracts with WWE.

8. Mr. Riddle's August 8, 2018 contract with WWE (and all subsequent contracts) provide that he is as an independent contractor, and that "[n]othing in this Agreement shall be construed to constitute [Riddle] as an employee, partner or joint venture of [WWE], nor shall [Riddle] have any authority to bind [WWE] in any respect." *See* Ex. 1 at ¶ 13.1.

9. WWE had no involvement at all with the wrestling show promoted by Evolve Wrestling, Inc. in Summit, Illinois on or about May 19, 2018.

10. In an attempt to falsely connect WWE to Evolve Wrestling, Inc., the Complaint asserts the conclusory allegations that: "[o]n before, and after May 19, 2018, defendant WWE was actively involved in the conduct of business of Evolve," Compl. ¶ 5; "[o]n before, and after May 19, 2018, defendant WWE and its representatives acted as agents of Evolve, Compl. ¶ 6; "[o]n before, and after May 19, 2018, defendant WWE had control of the events conducted by defendant, Evolve, Compl. ¶ 7; and "[o]n before, and after May 19, 2018, defendant WWE provided rules for which defendant Evolve's agents had to comply with," Compl. ¶ 8. These allegations are simply false.

I hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 18 day of November, 2020.

Mark Carrano

# EXHIBIT 1




ORIGINAL

**WORLD WRESTLING ENTERTAINMENT, INC.**
**BOOKING CONTRACT**

This World Wrestling Entertainment, Inc. Booking Contract ("Agreement"), made effective as of the date World Wrestling Entertainment, Inc. executes said Agreement ("Effective Date"), by and between WORLD WRESTLING ENTERTAINMENT, INC., a Delaware corporation, with its principal place of business at 1241 East Main Street, Stamford, Connecticut 06902 (hereinafter referred to as "PROMOTER"), and MATTHEW FREDRICK RIDDLE, an individual residing at [redacted] (hereinafter referred to as "WRESTLER").

[redacted]



## 13. MISCELLANEOUS

13.1 Nothing contained in this Agreement shall be construed to constitute WRESTLER as an employee, partner or joint venturer of PROMOTER, nor shall WRESTLER have any authority to bind PROMOTER in any respect. WRESTLER is an independent contractor and WRESTLER shall execute and hereby irrevocably appoints PROMOTER attorney-in-fact to execute, if WRESTLER refuses to do so, any instruments necessary to accomplish or confirm the foregoing or any and all of the rights granted to PROMOTER herein.





14.3 This Agreement and any amendments thereto may be executed in counterparts, each of which shall be deemed to be an original and all of which taken together shall be deemed to constitute the same instrument. Counterparts may be executed either in original or faxed form and the parties adopt any signatures received by a receiving fax machine as original signatures of the parties. All of the terms and conditions of any Exhibits shall be incorporated herein by reference and shall be made a part hereof.

IN WITNESS WHEREOF, the parties have executed this Agreement on the day and year written below.

WORLD WRESTLING ENTERTAINMENT, INC.
("PROMOTER")

By:________________
Mark Carrano
VP, Talent Relations

Date: 5/8/18

MATTHEW FREDRICK RIDDLE
("WRESTLER")

By:________________
Matthew Fredrick Riddle
Social Security No.: [redacted]

Date: 7/18/18

STATE OF PA )
) ss:
COUNTY OF Lehigh )

I am a Notary Public for said County and State, do hereby certify that Matthew Fredrick Riddle personally appeared before me this day and acknowledged the due execution of the foregoing instrument to be his free act and deed for the purposes therein expressed.

WITNESS my hand and notarial seal this 18th day of July, 2018.

Notary Public
My commission expires: April 30, 2022

Commonwealth of Pennsylvania – Notary Seal
Kamalah Y. Moultrie, Notary Public
Lehigh County
My Commission Expires April 30, 2022
Commission Number 1283337

STATE OF CONNECTICUT )
) ss: Stamford
COUNTY OF FAIRFIELD )

I am a Notary Public for said County and State, before me personally came Mark Carrano, Vice President, Talent, Relations, known to me to be the individual described in, and who executed the foregoing, and duly acknowledged to me that he is a duly authorized corporate officer of World Wrestling Entertainment, Inc., and that he executed the same on behalf of said Company.

WITNESS my hand and notarial seal this 8th day of August, 2018.

Notary Public
My commission expires:

JANET P. COLE
NOTARY PUBLIC
MY COMMISSION EXPIRES MARCH 31, 2019