# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Samantha Tavel,<br><br>   Plaintiff,<br><br>v.<br><br>Matthew Riddle, Evolve Wrestling, Inc., Gabe Sapolsky, and World Wrestling Entertainment, Inc.,<br><br>   Defendants. | 20-cv-06805<br><br>Judge Manish S. Shah |

### AFFIDAVIT OF MATTHEW RIDDLE

I, MATTHEW FREDRICK RIDDLE, hereby declare and state as follows:

1. I am over the age of eighteen years and believe in the obligations of an oath.

2. I have personal knowledge of the matters set forth herein.

3. I live in Fort McCoy, Florida, with my wife and children. I am a resident of the state of Florida.

4. I maintain no residence and no property in the State of Illinois.

5. I have only traveled to Illinois for work, and those trips have been rare and brief.

6. During April 2017, I was not in Illinois at any time.

7. On May 19, 2018, I flew into O'Hare International Airport for the Evolve 104 show at the Summit Park District, in Summit, Illinois.

8. I left Illinois around 1 a.m. on May 20, 2018, while riding with Joe Ranta to Livonia, Michigan for the Evolve 105 show.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that my statement is true and correct.

Dated: December 2, 2020

Matthew Fredrick Riddle