# Exhibit 2



**Candy Cartwright** @CandyCartwright · Sep 5, 2017

I live in NY but thanks! Be safe Florida friends!

> **Bobby McBride** @mcbridebobby30 · Sep 5, 2017
>
> Start thinking about relocating from Florida for a bit because of #HurricaneIrma. @RealMMartinez @gailkimITSME @CandyCartwright

  2            3     



# Thread



**Candy Cartwright**
@CandyCartwright

I'm posting this because I have been so sad for so long. I didn't realize that what he did to me was not ok. I realize now, reading these other brave women's stories, that I can't be afraid anymore and I have to #speakout

3:32 AM · Jun 19, 2020 · Twitter for iPhone



492 **Retweets**  179 **Quote Tweets**  1.9K **Likes**








**Candy Cartwright** @CandyCartwright · Jun 19

Replying to @CandyCartwright

Back in May of 2018 I was riding with Matt Riddle and a few other wrestlers. During the van ride, when the 3 other wrestlers had fallen asleep, Matt asked me to "hop on his dick". When I refused (although we had previously been together I was

💬 145     🔁 353     ♡ 853



**Candy Cartwright** @CandyCartwright · Jun 19

incredibly uncomfortable in that setting ) When I said no, he grabbed me by my throat, choked me and said "what if I just made you?" I ended up giving him oral sex (praying someone wouldn't wake up) to get out of having intercourse with him. It was incredibly humiliating.

💬 61     🔁 190     ♡ 698



**Candy Cartwright** @CandyCartwright · Jun 19

It is never ok to put your hands on a woman, it's also not ok to not listen when she says no.

💬 87     🔁 153     ♡ 770