# Exhibit 3

**EVOLVE 82** was an event put on by Evolve which took place on April 22, 2017 at the La Boom in Queens, New York.

## Results

Numbers in parentheses indicate the length of the match.

(c) refers to the champion(s) heading into the match.

- Matt Riddle (c) defeated Timothy Thatcher (w/ Stokely Hathaway) (10:15)
- ACH defeated Austin Theory (13:50)
- Drew Galloway vs. Zack Sabre Jr. ends in a No Contest (6:40)
- Kyle O'Reilly defeated Keith Lee (20:00)
- Catch Point (Chris Dickinson & Jaka) defeated Catch Point (Fred Yehi & Tracy Williams) (c) to win the Evolve Tag Team Championship (15:25)
- Ethan Page defeated Darby Allin in a Last Man Standing Match (18:55)

## External links





**EVOLVE 83** was an event put on by Evolve which took place on April 23, 2017 at the Saint Finbar Catholic Church Gym in Brooklyn, New York.

## Results

Numbers in parentheses indicate the length of the match.

(c) refers to the champion(s) heading into the match.

- Ethan Page (w/ Blaster McMassive) defeated Austin Theory (7:50)
- Tracy Williams defeated Chris Dickinson (10:55)
- Jaka defeated ACH (13:25)
- Keith Lee defeated David Starr (8:50)
- Kyle O'Reilly defeated Fred Yehi (20:45)
- Zack Sabre Jr. (c) defeated Lio Rush to retain the Evolve Championship (19:25)
- Matt Riddle (c) defeated Drew Galloway to retain the WWN Championship (17:55)

ADVERTISEMENT



EVOLVE 83

**EVOLVE 104** was an event put on by Evolve which took place on May 19, 2018 at the Summit Park District in Summit, Illinois.

## EVOLVE 104



## Results

Numbers in parentheses indicate the length of the match.

(c) refers to the champion(s) heading into the match.

- AR Fox defeated Zachary Wentz
- Josh Briggs defeated Tommy Maserati
- Tracy Williams defeated Dominic Garrini
- Chris Castro, Isaias Velazquez & Matt Knicks defeated Bu Ku Dao, J. Spade & Johnny Flex
- Anthony Henry defeated Stevie Fierce
- Austin Theory (c) defeated DJ Z to retain the WWN Championship
- Catch Point (Chris Dickinson & Jaka) (c) defeated The End (Odinson & Parrow) in an Anything Goes Match to retain the Evolve Tag Team Championship
- Darby Allin defeated Myron Reed and Snoop Strikes and Trey Miguel
- Keith Lee defeated James Drake
- Matt Riddle defeated Shane Strickland

**Promotion**
Evolve

**Date**
May 19, 2018

EVOLVE 105 was an event put on by Evolve which took place on May 20, 2018 at the Monaghan Knights Of Columbus Hall in Livonia, Michigan.

## Results

**Numbers in parentheses indicate the length of the match.**

**(c) refers to the champion(s) heading into the match.**

- N8 Mattson & Orlando Christopher defeated The End (Drennan & Parrow) (w/ Odinson) by DQ (9:05)
- Tracy Williams defeated Odinson (w/ Drennan & Parrow) (9:25)
- AR Fox defeated Myron Reed (13:00)
- Josh Briggs defeated AC Mack and Bu Ku Dao and Dominic Garrini and J. Spade and Johnny Flex and Matt Delray and Snoop Strikes (08:35)
- DJ Z defeated Zachary Wentz (9:50)
- Shane Strickland defeated Darby Allin by Referee Decision (15:05)
- Austin Theory (w/ Priscilla Kelly) defeated Trey Miguel (9:36)
- Catch Point (Chris Dickinson & Jaka) (w/ Dominic Garrini & Stokely Hathaway) (c) defeated The WorkHorsemen (Anthony Henry & James Drake) to retain the Evolve Tag Team Championship (16:40)
- Matt Riddle (c) defeated Keith Lee in a No Rope Breaks Match to retain the Evolve Championship (18:10)



EVOLVE 105

**Promotion**
Evolve

**Date**
May 20, 2018

**Venue**
Monaghan Knights Of Columbus Hall

**City**
Livonia, Michigan