# Exhibit 4

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Samantha Tavel, a/k/a Candy Cartwright, <br><br> Plaintiff, <br><br> v. <br><br> Matthew Riddle, Evolve Wrestling, Inc., Gabe Sapolsky, and World Wrestling Entertainment, Inc., <br><br> Defendants. | 20-cv-06805 <br><br> Judge Manish S. Shah |

### AFFIDAVIT

I, Joseph M. Ranta, hereby declare and state as follows:

1. I am over the age of eighteen years and believe in the obligations of an oath.

2. I have personal knowledge of the matters set forth herein, or, I have reviewed records and am competent to testify thereto.

3. I have reviewed the Complaint filed in the above-captioned action and so I am familiar with the allegations asserted.

4. I am a video producer and videographer. I have worked for Evolve Wrestling, Inc.

5. I reside in Mason, Michigan.

6. On May 19, 2018, I attended the Evolve 104 show at the Summit Park District in Summit, Illinois.

7. After the show, I offered to drive some performers to their hotel, which was the Comfort Inn Metro Airport near Detroit, Michigan.

8. The Evolve 105 show was scheduled for May 20, 2018 in Livonia, Michigan.

9. I drove my 1994 GMC Savana 1500 conversion van, which seats seven. Pictures of the van that I took are attached hereto as Exhibit A.

1

10. James Dowell (who wrestles as JD Drake), Keith Lee, Anthony Henry, Matthew Riddle, and Candy Cartwright ("the Party") rode with me that night.

11. James Dowell sat in the front passenger seat, Keith Lee sat behind him, Anthony Henry sat behind me, and Matthew Riddle and Candy Cartwright sat in the back seat.

12. I used my GPS to navigate that night. Screenshots from my GPS are attached as Exhibit B.

13. We left the Summit Park District around 12:26 a.m. on May 20, 2018.

14. After stopping for gas, we left Summit around 12:34 a.m.

15. I took the I-294 to the I-94 and drove into Indiana around 1:10 a.m.

16. Around 1:22 a.m. we arrived at a Denny's restaurant, located at 6171 Melton Road in Portage, Indiana.

17. During the drive to Denny's, only Keith Lee fell asleep.

18. The Party ate at Denny's and left the restaurant around 2:35 a.m.

19. I drove the Party to my house to pick up supplies.

20. By the time we arrived, after 5 a.m., almost everyone had fallen asleep. James Dowell was awake for most of the drive.

21. Candy Cartwright and Matthew Riddle got out of the van and came into my house with me. We stayed about 12 minutes, and then drove to the Comfort Inn Metro Airport.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: December 2, 2020

Joseph M. Ranta (Dec 2, 2020 15:11 EST)
Joseph M. Ranta

2

# 20.12.01_Affidavit of Joe Ranta

Final Audit Report 2020-12-02

| | |
|---|---|
| Created: | 2020-12-02 |
| By: | Laura Lefkow-Hynes (llefkowhynes@prinz-lawfirm.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAvZY_sxpSdbS4oRE3VAWNAiLi3soVINUG |

## "20.12.01_Affidavit of Joe Ranta" History

- Document created by Laura Lefkow-Hynes (llefkowhynes@prinz-lawfirm.com)
  2020-12-02 - 7:59:02 PM GMT- IP address: 98.220.12.113

- Document emailed to Joseph M. Ranta (joeranta@yahoo.com) for signature
  2020-12-02 - 7:59:16 PM GMT

- Email viewed by Joseph M. Ranta (joeranta@yahoo.com)
  2020-12-02 - 8:09:36 PM GMT- IP address: 98.138.219.15

- Document e-signed by Joseph M. Ranta (joeranta@yahoo.com)
  Signature Date: 2020-12-02 - 8:11:28 PM GMT - Time Source: server- IP address: 107.194.193.132

- Agreement completed.
  2020-12-02 - 8:11:28 PM GMT

Adobe Sign

# Exhibit 4A













# Exhibit 4B


Case: 1:20-cv-06805 Document #: 13-5 Filed: 12/03/20 Page 16 of 17 PageID #:1

May 20, 2018

**Day** | Places | Cities | World

**Monaghan Banqu...**    1:30 PM–2:46 PM
19801 Farmington Rd, Livonia, MI 48152

Driving    30 mi / 44 min

**Canton**    3:30 PM–3:47 PM
Michigan

Driving    12 mi / 23 min

**Livonia**    4:10 PM–5:00 PM
Michigan

Driving    42 mi / 1 hr 10 min

**Monaghan Banqu...**    6:10 PM–1:42 AM
19801 Farmington Rd, Livonia, MI 48152

Driving    22 mi / 53 min

**Comfort Inn Metr...**    2:35 AM–3:04 AM
31800 Wick Rd, Romulus, MI 48174

Driving    76 mi / 1 hr 18 min

