# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SAMANTHA TAVEL A/K/A CANDY CARTWRIGHT | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:20-cv-06805 |
| v. | ) ) | |
| MATT RIDDLE, WORLD WRESTLING ENTERTAINMENT, INC., EVOLVE WRESTLING, INC., AND GABE SAPOLSKY | ) ) ) ) ) ) | Honorable Manish S. Shah |
| Defendants. | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Entry dated November 25, 2020 (Dkt. No. 12), Plaintiff Samantha Tavel a/k/a Candy Cartwright ("Tavel"), Defendant World Wrestling Entertainment, Inc. ("WWE"), and Defendant Matthew Riddle ("Riddle") respectfully submit this Joint Status Report.

## 1. Pending Motions

Defendant WWE filed its Opposed Motion to Dismiss Plaintiff's Complaint and its Memorandum of Law in Support of its Opposed Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6) on November 23, 2020. (Dkt. Nos. 10 and 11.) Defendant Riddle filed his Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6) on December 3, 2020. (Dkt. No. 13.) The Motions to Dismiss are, collectively, the "Motions."

Upon conferring with Plaintiff by telephone on December 7, 2020, the Parties agreed to the following proposed briefing schedule: (i) Plaintiff shall file her respective responses to the

Motions by January 8, 2021 and (ii) WWE and Riddle shall reply in support of their Motions, respectively, by January 22, 2021.

**2.** **Plaintiff's Complaint and Service on Defendants**

Defendant Evolve Wrestling, Inc. was served on October 27, 2020 but has not filed an appearance or answer. To date, Plaintiff has been unable to effectuate service on Defendant Gabe Sapolsky.

Dated: December 9, 2020

Respectfully submitted,

*/s/* John Chwarzynski, Jr.
John Chwarzynski, Jr.
HALE & MONICO
53 West Jackson, Suite 337
Chicago, Illinois 60604

*Attorney for Plaintiff Samantha Tavel a/k/a Candy Cartwright*

*/s/ Desiree F. Moore*
Desiree F. Moore (Illinois Bar No. 6286198)
Marvis A. Barnes (Illinois Bar No. 6317500)
K&L GATES LLP
70 W. Madison Street.
Suite 3100
Chicago, IL 60602
Phone: 312.781.6028
desiree.moore@klgates.com
marvis.barnes@klgates.com

Jerry S. McDevitt
Curtis B. Krasik
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: 412.355.6500
jerry.mcdevitt@klgates.com
curtis.krasik@klgates.com

*Attorneys for Defendant World Wrestling Entertainment, Inc.*

*/s/Kristen E. Prinz*
The Prinz Law Firm
Kristen Prinz (kprinz@prinz-lawfirm.com)
Amit Bindra (abindra@prinz-lawfirm.com)
Laura Lefkow-Hynes (llefkowhynes@prinz-lawfirm.com)
One East Wacker Dr.
Suite 2500
Chicago, IL 60601
P: (312) 212-4450
F: (312) 284-4822

**Attorneys for Defendant Matthew Riddle**

# CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that she caused a true and correct copy of the Joint Status Report to be served upon the attorneys of record herein via the Court's electronic filing system ("ECF") on December 9, 2020.

*/s/ Desiree F. Moore*
