# EXHIBIT A

# J.F. BREWER & ASSOCIATES
17437 CAREY ROAD, SUITE # 223
WESTFIELD, INDIANA 46074
(317) 580-0510 INDIANA
(773) 745-3554 CHICAGO
(317) 580-0515 FACSIMILE
J.F.BREWER@COMCAST.NET

October 2, 2020

Mr. John Chwarzynski Jr., Esq.
Hale & Monico, LLC
53 W. Jackson Blvd., Suite 330
Chicago, IL 60604


OUR FILE NO.:     20-10-16

RE:     Samantha Tavel

SUBJECTS:

I.     WORLD WRESTLING ENTERTAINMENT, INC.

   WORLD WRESTLING ENTERTAINMENT, INC. is a Delaware corporation which qualified to do business as a corporation in the state of Illinois on 1-26-89 and a corporation which is presently active with the Illinois Secretary of State Corporation Division. Corporation's Illinois Registered Agent is CT Corporation System, 208 S. LaSalle St., Suite 814, Chicago, Cook County, IL 60604. Corporation's President is Vincent K. McMahon, 1241 E. Main St., Stamford, Fairfield County, CT 06902.
   WORLD WRESTLING ENTERTAINMENT, INC. is located at 1241 E. Main St., Stamford, Fairfield County, CT 06902 (203-352-8600).
   We have learned that as of June 2020 EVOLVE WRESTLING, INC is owned and operated by WORLD WRESTLING ENTERTAINMENT, INC.

II.     EVOLVE WRESTLING, INC.

   EVOLVE WRESTLING, INC. is a Florida corporation which was incorporated on 10-16-18 and a corporation which is presently active with the Florida Secretary of State Corporation Division. Corporation's Registered Agent is Catherine Huett, 7383 Monterey Blvd., Tampa, Hillsborough County, FL 33625. Corporation's President is Salem I. Hamaoui, 1903 Deborah Ave., Largo, Pinellas County, FL 33770. Corporation's Vice-President is GABRIEL SAPOLSKY, 339 Clark Rd., Brookline, Norfolk County, MA 02445.
   EVOLVE WRESTLING, INC. is located at 1050 Starkey Rd., Suite 105, Largo, Pinellas County, FL 33771 and 339 Clark Rd., Brookline, Norfolk County, MA 02445.

III.    MATTHEW FREDERICK RIDDLE

Above-captioned subject presently resides with his wife, Lisa Rennie Riddle, in a single family home located at 1737 Lalique Ln., Orlando, Orange County, FL 32828 (484-464-7510) and (775-220-2520). We have learned that subject and wife also maintain a residence located at 7747 Weavercrest Ct., Las Vegas, Clark County, NV 89166.
Subject's date of birth is 1-14-86.

IV.    GABRIEL SAPOLSKY

Above-captioned subject presently resides in a single family home located at 339 Clark Rd., Brookline, Norfolk County, MA 02445 (267-671-7989).
Subject's date of birth is 9-26-72.