# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

SAMANTHA TAVEL A/K/A CANDY CARTWRIGHT )
   Plaintiff, )
)
v. )
) Case Number: 20CV6805
MATT RIDDLE, WORLD WRESTLING )
ENTERTAINMENT, INC., EVOLVE )
WRESTLING, INC., AND GABE )
SAPOLSKY )
   Defendant. )

## DECLARATION OF GABE SAPOLSKY

I, Gabe Sapolsky, do hereby declare and state as follows:

1. I am over the age of eighteen (18) years and believe in the obligation of an oath.
2. I have personal knowledge of the matters set forth hereby.
3. I live in Brookline, MA, and I am a resident of the State of Massachusetts.
4. I never maintained residency or property in the State of Illinois.
5. I have only traveled to Illinois for work, and those trips have been rare and very brief.
6. During April, 2017, I was not in Illinois.
7. On May 19, 2018, I flew into Illinois to attend the Evolve 104 show in Summit, Illinois.
8. I left Illinois following the event in the Evolve production van, and traveled to Livonia, Michigan for the Evolve 105 show.
9. Evolve arranged for transportation for the wrestlers from Summit, IL to Livonia, MI. (see Ex. 2)
10. Neither Matthew Riddle nor Samantha Tavel traveled from Summit, Illinois to Livonia, Michigan in a pre-arranged Evolve transportation van.

11. Neither Riddle nor Tavel travel in the van I was in.

12. In April 2017 through May 2018, Ms. Tavel was not an employee of Evolve or myself.

13. In April 2017 through May 2018, Mr. Riddle was not an employee of Evolve or myself.

14. Evolve never had any employees other than myself and my former partner, Sal Hamaoui.

15. On May 19, 2018, Ms. Tavel was not contracted to perform any duties for Evolve or me, was not paid to appear at the event by Evolve or me, and was never asked to attend the event by Evolve or me.

16. On May 19, 2018, Ms. Tavel came to the Evolve event voluntarily, and neither Evolve nor I paid for any of her expenses.

17. Neither Evolve nor I hired Ms. Tavel to perform or attend Evolve event 105 in Michigan.

18. I did not ask her to attend the Michigan event.

I hereby declare under penalty of perjury pursuant to 28 U.C.S. §1746, that the forgoing is true and correct.

Executed this 7th day of January, 2021.

Gabe Sapolsky