# EXHIBIT 2

 **National.**

Rental Agreement # 639864839

Invoice # 89032564

## Renter Information

**Renter Name**
BRANDON TOLLE

**Renter Address**
SAINT CHARLES, MO 63301-0000
USA

**Contract**
EMERALD CLUB MEMBERS

**Rental Credits**
1 credit has been awarded for this rental

## Vehicle Information

**FRONT-WHEEL DRIVE**
**License #:** IYUB80
**State/Province:** FL

**Vehicle Class Driven**
STANDARD SUV 2WD SUV - STANDARD
2WD

**Vehicle Class Charged**
Intermediate 2 or 4-Door/Automatic/Air

**Odometer Mileage/Kilometers**

**Starting:** 13,230    **Ending:** 13,785

**Total:** 555

## Trip Information

| Pickup | Return |
|---|---|
| Sat, May 19 2018  8:50 A.M. | Mon, May 21 2018  12:00 P.M. |
| ST LOUIS INTL ARPT (STL) ✈ | DETROIT METRO ARPT (DTW) ✈ |
| 10124 NATURAL BRIDGE RD | 338 LUCAS DR |
| SAINT LOUIS, MO 63134-3318 | DETROIT, MI 48242-1403 |
| USA | USA |

## Rental Charges

| | | |
|---|---|---:|
| **Rental Rate** | Time & Distance  3 Day at $128.32 / Day | $384.96 |
| **Add-Ons** | Discount (10.00%) | -$38.50 |
| **Mileage** | Unlimited Mileage | Included |
| **Taxes and Fees** | Sales Tax (9.36%) | $32.99 |
| | Veh License Fee Recovery ($1.95 / Day) | $5.85 |
| **Total** | | **$385.30** |

(Subject to audit)

Amount charged on May 22 2018 to MASTERCARD (0718)    ($385.30)

**Amount Due**    **$0.00**

## Thank you for renting with National Car Rental

**We appreciate your business!**

This email was automatically generated
from an unattended mailbox, so please do
not reply to this e-mail.

If you have any questions about your
rental, please view our Frequently Asked
Questions or send us a secured message
by visiting our Support Center