UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAMANTHA TAVEL,<br><br>                  Plaintiff,<br><br>v.<br><br>MATTHEW RIDDLE, EVOLVE WRESTLING, INC., GABE SAPOLSKY, AND WORLD WRESTLING ENTERTAINMENT, INC.,<br>                  Defendants. | No.   20-cv-06805<br><br>Hon. Manish S. Shah |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Samantha Tavel hereby voluntarily dismisses this matter with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i), with each side to bear their own attorney's fees and costs. All future dates, if any, should be stricken.

Dated:                            Respectfully submitted,

                                    Samantha Tavel

                       By:  John Chwarzynski
                              One of Plaintiff's Attorneys

                              Hale & Monico
                              53 W. Jackson
                              Suite 337
                              Chicago, IL 60604
                              P: (312) 870-6923
                              jwc@halemonico.com