# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Samantha Tavel

                        Plaintiff,

v.                                                      Case No.: 1:20–cv–06805

                                                          Honorable Manish S. Shah

Matt Riddle, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 12, 2021:

      MINUTE entry before the Honorable Manish S. Shah: Pursuant to the notice of voluntary dismissal [34], this case is dismissed with prejudice and with each party to bear its own costs and attorney's fees. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.